1

2

3

4

5

6

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11   ELDRIDGE JOHNSON,                    CASE NO. 3:12-CV-02730-VC

12            Plaintiff,                  [PROPOSED] ORDER GRANTING
                                          DEFENDANTS' NOTICE OF MOTION
13      vs.                               AND ADMINISTRATIVE MOTION TO
                                          HAVE CERTIFIED COURT REPORTER
14   UNITED AIR LINES, INC.;              PRESENT TO RECORD MARCH 24, 2015
     CONTINENTAL AIRLINES, INC.; and      CASE MANAGEMENT CONFERENCE
15   DOES 1-10,                           AS MODIFIED

16            Defendants.

17                                        Judge:     Hon. Vince Chhabria

18                                        Complaint filed:    May 29, 2012
                                          FAC filed:          July 20, 2012
                                          SAC filed:          November 30, 2012
19                                        TAC filed:          May 20, 2013
                                          Corrected TAC filed: June 21, 2013
20                                        4AC filed:          Jan. 3, 2014
                                          5AC filed:          March 2, 2015
21

22

23

24

25

26

27

28

                                                    [PROPOSED] ORDER GRANTING DEFTS'
     CASE NO. 3:12-CV-02730-VC                       MOTION TO HAVE COURT REPORTER
                                                        PRESENT AT MARCH 24 CMC

1

*Related cases*:
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC

2 Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC

3 Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC

4 Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC

5 Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC

6 Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC

7 Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC

8 Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC

9 Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC

10 Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC

11 John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC

12 Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:12-CV-02730-VC

[PROPOSED] ORDER GRANTING DEFTS'
MOTION TO HAVE COURT REPORTER
PRESENT AT MARCH 24 CMC

1    Having considered the papers and all pleadings on file and good cause appearing therefor,

2    IT IS HEREBY ORDERED that Defendants' Administrative Motion To Have Certified Court

3    Reporter Present To Record March 24, 2015 Case Management Conference is GRANTED as modified.

4
                                        FTR recording services
5        ☐   The Court will provide ~~a certified court reporter~~ at the Case Management Conference,

6        scheduled for March 24, 2015 at 1:30 p.m.

7

8

9    **IT IS SO ORDERED.**

10

11   Dated: __March 20_____, 2015

12

IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28