# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MONTGOMERY, | Case No. 15-cv-00459-VC |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED AIRLINES, INC., et al., | |
| Defendants. | |

The defendant wishes to file a motion to transfer venue.  The hearing on the motion shall take place on May 21, 2015, at 10:00 a.m.  The defendant's opening brief is due April 20, 2015.  The plaintiff's opposition is due April 30, 2015.  Any reply is due May 8, 2015.

**IT IS SO ORDERED.**

Dated: April 10, 2015

_____
VINCE CHHABRIA
United States District Judge