UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH MONTGOMERY,

    Plaintiff,

v.

UNITED AIR LINES, INC., et al.,

    Defendants.

Case No. 15-cv-00459-VC

**ORDER DENYING MOTION FOR A STAY PENDING APPEAL**

Re: Dkt. No. 35

The motion for a stay pending appeal is denied.

**IT IS SO ORDERED.**

Dated: May 28, 2015

VINCE CHHABRIA
United States District Judge