DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JENNIFER S. BALDOCCHI (SB# 168945)
jenniferbaldocchi@paulhastings.com
JI HAE KIM (SB# 275020)
jihaekim@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

GARY T. LAFAYETTE (SB# 088666)
glafayette@lkclaw.com
LAFAYETTE & KUMAGAI LLP
100 Spear Street, Suite 600
San Francisco, CA 94105
Telephone:  1(415) 357-4600
Facsimile:  1(415) 357-4605

Attorneys for Defendants
UNITED AIRLINES, INC. AND UNITED
CONTINENTAL HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MONTGOMERY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED AIR LINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. 3:15-CV-00459-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Date:　　　　May 21, 2015<br>Time:　　　　10:00 a.m.<br>Courtroom:　4<br>Judge:　　　Hon. Vince Chhabria<br><br>Complaint filed:　　　May 29, 2012<br>FAC filed:　　　　　July 20, 2012<br>SAC filed:　　　　　November 30, 2012<br>TAC filed:　　　　　May 20, 2013<br>Corrected TAC filed:　June 21, 2013<br>4AC filed:　　　　　January 3, 2014<br>5AC filed:　　　　　March 2, 2015 |

Having considered the papers and all pleadings on file and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rule 7-95 is GRANTED.

As specified in the Declaration of Jennifer S. Baldocchi in Support of Plaintiff's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rule 7-95, the information Defendants seek to seal include confidential, proprietary and commercially-valuable information that would prejudice Defendants if publically available. As such, the documents contained within Exhibit A to the Declaration of Dow W. Patten in Support of Plaintiff's Motion to File Documents Under Seal Pursuant to civil Local Rule 79-5, also contained within Exhibit A to the Declaration of Dow W. Patten in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue, are hereby SEALED as follows:

| Declaration, Attaching Confidential Document | Document to Be Sealed | Result |
| --- | --- | --- |
| Dkt. 28-1 | Exhibit A, separately filed as Dkt. 28-2 | Exhibit A to Declaration of Dow W. Patten in Support of Plaintiff's Motion to File Documents Under Seal Pursuant to Civil Local Rule 79-5 is SEALED. |
| Dkt. 29-6 | Exhibit A, separately filed as Dkt. 29-7 | Exhibit A to Declaration of Dow W. Patten in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue is SEALED. |

**IT IS SO ORDERED.**

Dated: May 29, 2015

HON. VINCE CHHABRIA
United States District Judge

Case No. 3:15:CV-00459-VC

[PROPOSED] ORDER GRANTING PLTF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (MONTGOMERY)